**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **TANISHA CLARK,** ) | |
| ) | |
| **Plaintiff,** ) | **CASE NO.: 1:16-CV-02408-LMM-AJB** |
| ) | |
| **v.** ) | |
| ) | |
| **EVEREST RECEIVABLE** ) | |
| **SERVICES, INC., a** ) | |
| **Delaware Corporation** ) | |
| **Defendant.** ) | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Tanisha Clark, by and through undersigned counsel, hereby files this Notice of Pending Settlement.  By submission of this Notice, submitting counsel represents that this matter has settled in principal subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

[signature on next page]

Dated: March 6, 2017                    Respectfully Submitted,

**CENTRONE & SHRADER, PLLC**
612 W. Bay Street
Tampa, FL 33606
Phone: (813) 360-1529
Fax: (813) 336-0832

/s/ Sumeet Shah, Esq.
Georgia Bar No.: 122408
e-mail: sshah@centroneshrader.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2017, I presented a true and correct copy of the foregoing to the Clerk for the Northern District of Georgia for filing by uploading to the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Sumeet Shah
Attorney