# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **TANISHA CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.: 1:16-CV-02408-LMM-AJB** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EVEREST RECEIVABLE** | ) | |
| **SERVICES, INC., a** | ) | |
| **Delaware Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Tanisha Clark, and Defendant, Everest Receivable Services, Inc., a Delaware Corporation, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above civil proceeding with prejudice, with each party to pay their own attorneys' fees and costs.

[signatures on next page]

Dated: March 12, 2017                    Respectfully Submitted,

**CENTRONE & SHRADER, PLLC**          **CARLTON FIELDS JORDEN BURT, PA**

612 W. Bay St.                        1201 W. Peachtree Street, Suite 3000
Tampa, Florida 33606                  Atlanta, GA 30309
Phone: (813) 360-1529                 Phone: (404) 815-3400
Fax:    (813) 336-0832                Fax:    (404) 815-3415

/s/ Sumeet Shah, Esq.                 /s/ Justan C. Bounds
**SUMEET SHAH, ESQ.**                 **JUSTAN C. BOUNDS, ESQ.**
Georgia Bar No. 122408                Georgia Bar No. 339789
e-mail: sshah@centroneshrader.com     e-mail: jbounds@carltonfields.com
Attorney for Plaintiff                Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2017, I presented a true and correct copy of the foregoing to the Clerk for the Northern District of Georgia for filing by uploading to the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Sumeet Shah
Attorney